**No. 60220.**—Heinsheimer Bros., Inc. *v.* United States, protest 208488–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the items of merchandise on the invoice covered by entry No. 800825 do not simulate any natural flower in their physical characteristics and appearances and that said items have been produced by subjecting fibers of ramie to various processing steps, which result in a completed article of commerce in chief value of ramie, the claim of the plaintiff was sustained as to the merchandise covered by said entry No. 800825.

**No. 60221.**—Flower Center, Inc. *v.* United States, protest 240348–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of artificial flowers in chief value of feathers, the claim of the plaintiff was sustained.

**No. 60222.**—R. J. Saunders & Co., Inc. *v.* United States, protests 241977–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.